IN RE: ADAM CHRISTOPHER STRAIN

NO. 24-CA-234

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

_____
January 10, 2025
_____

_____
Linda Wiseman
First Deputy Clerk

---

## ON APPLICATION FOR REHEARING

---

Panel composed of Stephen J. Windhorst,
Scott U. Schlegel, and Timothy S. Marcel

### <u>REHEARING DENIED WITHOUT REASONS</u>

**SUS**
**SJW**

### <u>MARCEL, J., DISSENTS WITH REASONS</u>

**TSM**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

IN RE: ADAM CHRISTOPHER STRAIN        NO. 24-CA-234

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

## MARCEL, J., DISSENTS WITH REASONS

I respectfully dissent and would grant appellant's application for rehearing. Presented in this case is a *res nova* interpretation of a facially ambiguous statute. For the reasons stated in my dissenting opinion, the majority's decision does not resolve that ambiguity. I find the arguments in support of appellant to be compelling, and warrant consideration by a full panel of this Court.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>01/10/2025</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**24-CA-234**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Donald A. Rowan, Jr. (District Judge)
Donald F. deBoisblanc, Jr. (Appellant)        Donald F. deBoisblanc, Sr. (Appellant)

### MAILED

Neal R. Elliott, Jr. (Appellee)
Attorney at Law
Louisiana Department of Health &
Hospitals
P. O. Box 3836
Baton Rouge, LA 70821